IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TITUS HENDERSON,

                                                                                                    ORDER

                     Plaintiff,

                                                                   09-cv-170-bbc

    v.

RICK RAEMISCH, PETER HUIBREGTSE,
GARY BOUGHTON, ELLEN RAY,
TOM GOZINSKI, WELCOME ROSE,
AMY SMITH, HELLEN KENNEBECK,
KATHRYN ANDERSON, LARRY PRIMMER,
JANA JUERGENS, MONICA HORNER,
TRISHA LANSING, NANCY SALMON,
ELLEN RAY, C. BEERKIRCHER,
THOMAS TAYLOR, DAVID GARDNER,
LT. BOISEN, BRIAN KOOL, TIM HAINES,
CRAIG TOM, LT. HANFIELD, JOSH BROWN,
H. BROWN, W. BROWN, SGT. FURER,
CO NEIS, SGT. CARPENTER,
SGT. BOARDMAN, SGT. BLOYER,
COII JONES, COII JOHNSON, CO HULCE,
COII KARNOPP, R. STARKEY,
SGT. WALLACE, COII ECKT, COII EWING,
D. ESSER, M. SCULLION, JEROMEY CAYA,
JENNIFER SICKINGER, JOAN WATERMAN,
WENDY THOMPSON, SGT. TREFT,
SGT. COOK and JOHN DOES,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1

On April 1, 2009, I denied plaintiff Titus Henderson's request to proceed in forma pauperis under § 1915(g), finding that he was not in imminent danger at the time he filed this lawsuit. I allowed him until April 22 to pay the filing fee in the amount of $350. Because plaintiff failed to pay the filing fee, his case was closed on April 29, 2009.

On May 18, 2009, I received a letter from plaintiff dated May 11, 2009, referring to a motion for reconsideration that he filed in April 2009. Because his motion was not received by the court, I will consider plaintiff's letter as a motion for reconsideration of my April 1, 2009 order finding that he was not in imminent danger.

In his motion, plaintiff states, "You claim that my life is not in imminent danger because of retaliation in hope that WSPF carry out and complete my death and to continue their torture because I 'm challenging your bogus decisions." This accusation is unfounded. As I stated in my previous order, the events giving rise to this action ended in January 2009 when prison doctors prescribed medication for plaintiff. Therefore, plaintiff has not alleged that he was in imminent danger on March 23, 2009 when he filed this complaint. Plaintiff's motion for reconsideration will be denied.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration , dkt. #3 is DENIED.

Entered this 27th day of May, 2009.

        BY THE COURT:

        /s/

        BARBARA B. CRABB
        District Judge