IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TITUS HENDERSON,

                Plaintiff,                              ORDER

   v.                                                          09-cv-170-bbc

RICK RAEMISCH, *et al.*,

                Defendants.

---

      In an order entered on January 10, 2012, Judge Barbara B. Crabb gave plaintiff Titus Henderson a deadline of January 24, 2012 in which to submit a new proposed amended complaint that complied with Federal Rules of Civil Procedure 8 and 20. In that order, Judge Crabb indicates that a copy of plaintiff's first amended complaint was included for plaintiff's reference. Now before the court is a letter from plaintiff stating that the January 10, 2012 order did not include a copy of plaintiff's first amended complaint. I will construe plaintiff's letter as a request for an extension of time to file his proposed amended complaint.

ORDER

      IT IS ORDERED that plaintiff Titus Henderson's may have an extension of time, to February 14, 2012 in which to file a proposed amended complaint that complies with Federal Rules of Civil Procedure 8 and 20, dkt. #30. A copy of his first amended complaint, dkt. #23, is enclosed with this order.

      Entered this 30th day of January, 2012.

                                                  BY THE COURT:

                                                  /s/

                                                  STEPHEN L. CROCKER
                                                  Magistrate Judge