IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

v.

RICK RAEMISCH, PETER HUIBREGTSE,
GARY BOUGHTON, ELLEN RAY,
TOM GOZINSKI, WELCOME ROSE,
AMY SMITH, HELLEN KENNEBECK,
KATHRYN ANDERSON, LARRY PRIMMER,
JANA JUERGENS, MONICA HORNER,
TRISHA LANSING, NANCY SALMON,
C. BEERKIRCHER, THOMAS TAYLOR,
DAVID GARDNER, LT. BOISEN, BRIAN KOOL,
TIM HAINES, CRAIG TOM, LT. HANFIELD,
JOSH BROWN, H. BROWN, W. BROWN,
SGT. FURER, CO NEIS, SGT. CARPENTER,
SGT. BOARDMAN, SGT. BLOYER, COII JONES,
COII JOHNSON, CO HULCE, COII KARNOPP,
R. STARKEY, SGT. WALLACE, COII ECKT,
COII EWING, D. ESSER, M. SCULLION,
JEROMEY CAYA, JENNIFER SICKINGER,
JOAN WATERMAN, WENDY THOMPSON,
SGT. TREFT and SGT. COOK,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-170-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to provide allegations complying with Fed. R. Civ. P. 8 and 20.

_Peter Oppeneer_      5/4/12
Peter Oppeneer, Clerk of Court      Date